**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------ X | |
| In re: : | |
|     SULTAN R. SOLIMAN, : | Chapter 7 |
|                             Debtor. : | Case No. 12-14444 (MG) |
| ------------------------------------ X | |
| LEV VYSHEDSKY, : | |
|                        Plaintiff, : | Adv. Proc. No. 13-01106 (MG) |
|   -against- : | ORDER GRANTING DEBTOR'S MOTION FOR LEAVE TO AMEND ANSWER |
| SULTAN R. SOLIMAN, : | |
|                    Defendant. | |
| ------------------------------------ X | |

This matter having been heard on the Debtor's *Motion for Leave to Amend Answer* (the "Motion"), and the Court having determined that under the circumstances adequate notice of the Motion has been given; and the Court having read and considered the Motion; and the Court having determined that the legal and factual bases set forth in the Motion support the relief requested therein:

IT IS HEREBY ORDERED THAT:

1) The Motion is GRANTED to the extent set forth below;

2) The Debtor shall be allowed, but not required, pursuant to Federal Rule of Bankruptcy Procedure 7015, to file an Amended Answer in the above-captioned Adversary Proceeding, provided that any such Amended Answer is filed with the Court and served on opposing counsel no later than **Tuesday, October 1, 2013**.

 

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: September __, 2013
      New York, New York

LEGAL27622864.1