Schuyler G. Carroll　　　　　　　　　　　　　　Hearing Date and Time: September 23, 2013 at 11:00 a.m.
Tina N. Moss
Perkins Coie LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 262-6900
Fax: (212) 977-1649
SCarroll@perkinscoie.com
TMoss@perkinscoie.com

*Attorneys for Sultan R. Soliman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------- X | | |
| In re: | : | |
| SULTAN R. SOLIMAN, | : | Chapter 7 |
| | | Case No. 12-14444 (MG) |
| Debtor. | : | |
| ------------------------------------- X | | |
| LEV VYSHEDSKY, | : | |
| Plaintiff, | : | Adv. Proc. No. 13-01106 (MG) |
| -against- | : | Honorable Martin Glenn |
| SULTAN R. SOLIMAN, | : | |
| Defendant. | | |
| ------------------------------------- X | | |

## NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR'S MOTION FOR LEAVE TO AMEND ANSWER

**PLEASE TAKE NOTICE** that the hearing currently scheduled for

September 10, 2013 at 3:00 p.m. on the Debtor's Motion For Leave to Amend Answer, dated

August 20, 2013 [Docket No. 13] (the "**Motion**"), is hereby **adjourned to September 23, 2013**

**at 11:00 a.m.** before the Honorable Martin Glenn, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom

#501, New York, New York, 10004.

Dated: New York, New York.         PERKINS COIE LLP
        September 9, 2013               *Attorneys for the Debtor*

                                                  By: */s/ Schuyler G. Carroll*

                                                Schuyler G. Carroll
                                                Tina N. Moss
                                                30 Rockefeller Center, 22nd Floor
                                                New York, NY  10112-0085
                                                212.262.6900

110275-0001/LEGAL27791501.1

## CERTIFICATE OF SERVICE

      Schuyler G. Carroll, an attorney licensed to practice in the State of New York, hereby certifies that on September 9, 2013, he caused the *Notice of Adjournment of Hearing on Debtor's Motion for Leave to Amend Answer* to be filed using the Court's CM/ECF system, which sent notification of such filing to the following attorneys of record:

***Via ECF and Email***

Gilbert A. Lazarus
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, NY 10016
(212) 889-7400
Fax : (212) 684-0314
Email: glazarus@lazarusandlazarus.com

Kathy M. Lynch
Kathy M. Lynch & Associates, PLLC
160 Broadway
Suite 708
New York, NY 10038
(212) 509-2805
Fax : (212) 509-2808
Email: kathy@kmlynchlaw.com

John Philip Tumelty
Tumelty & Spier, LLP
160 Broadway
Suite 708
New York, NY 10038
2125664681
Fax : 2125664749
Email: johntslaw@aol.com

                                                            */s/ Schuyler G. Carroll*

-3-